## Assignment and Bill of Sale

This Assignment and Bill of Sale ("**Assignment**") is made as of September 30, 2016 between Sawtelle Courtyard Partners, L.P., a California limited partnership ("**Seller**"), and 2045 Sawtelle I, LLC, a Delaware limited liability company (owner of a 47.21% tenant-in-common interest in the Property), and 2045 Sawtelle II, LLC, a Delaware limited liability company (owner of a 52.79% tenant-in-common interest in the Property) (collectively, "**Buyer**"). This Assignment is made pursuant to the Sale Agreement between Buyer and Seller dated June 7, 2016, as amended ("**PSA**"). All capitalized terms not otherwise defined herein shall have the meaning set forth in the PSA.

     1.    Seller hereby assigns, transfers, sets over and conveys to Buyer all of Seller's right, title and interest in, to and under:

     (1)    The Sawtelle Office Building Lease dated for reference purposes April 1, 1995 between Seller and The Royal Consulate of Saudi Arabia ("**Tenant**") and executed June 24, 1994 by Seller and January 23, 1995 by Tenant, as amended by the First Amendment dated December 1, 1994 and executed by Tenant on January 23, 1995, Second Amendment dated March 9, 2000, Third Amendment dated November 9, 2000, Fourth Amendment dated February 14, 2002, Fifth Amendment dated January 20, 2004, Sixth Amendment dated April 30, 2007, Seventh Amendment dated April 15, 2008, and Eighth Amendment dated April 1, 2011 ("**Lease**").

     (2)    The contracts described in Schedule A ("**Service Contracts**") without any representation or warranty as to their assignability.

     (3)    All federal, state and local governmental consents, waivers, authorizations, licenses, approvals and permits required for the occupancy, management, leasing, maintenance and operation of the Land and improvements ("**Permits**").

     (4)    All of Seller's right, title and interest in (i) any tangible personal property located on or in the Land and improvements thereon and used exclusively in the operation thereof; and (ii) any intangible personal property relating exclusively to the Land and improvements thereon ("**Personalty**").

     2.    Buyer accepts the Lease, Service Contracts, Permits and Personalty. Buyer assumes all obligations under the Lease and Service Contracts arising on and after the date hereof.

     3.    This Assignment is subject to the terms and conditions the PSA Including Sections 9.5, 11.2, 13.9 and 13.10. Schedule A are hereby incorporated herein by this reference. This Assignment is binding upon and inures to the benefit of Seller and Buyer and their respective heirs, executors, administrators, successors and assigns. This Assignment may be: (i) executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument; and (ii) delivered by electronic means. The liability hereunder of the entities constituting Buyer is joint and several.

\\\\\
[signature page follows]

Exhibit 11                                                                                           Page 48

In witness whereof, Seller and Buyer have executed this Assignment as of the above date.

Seller: Sawtelle Courtyard Partners, L.P., a California limited partnership

By: Sawtelle Properties, Inc., a California corporation, General Partner

By: _____ Nadir Elfarra
Title: Authorized Signatory

Buyer: 2045 Sawtelle I, LLC, a Delaware limited liability company

By: _____
Name: Jjena Miletich
Title: Manager

2045 Sawtelle II, LLC, a Delaware limited liability company

By: _____
Name: Jjena Miletich
Title: Manager

Exhibit 11　　　Page 49